

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-17-00386-CR

MARK ALLEN CARTER                                         APPELLANT

V.

THE STATE OF TEXAS                                             STATE

----------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1501283D

----------

## MEMORANDUM OPINION[1]

----------

Mark Allen Carter attempts to appeal from his conviction for possession of a controlled substance of less than one gram of methylenedioxy methamphetamine. *See* Tex. Health & Safety Code Ann. § 481.103(a)(1) (West Supp. 2017), § 481.116(b) (West 2017). Carter pleaded guilty to the offense pursuant to a plea bargain, and in accordance with that plea, the trial court

---

[1]*See* Tex. R. App. P. 47.4.

sentenced him to six months in state jail. Consistent with Carter's plea, the "Trial Court's Certification of Defendant's Right of Appeal" states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2), (d).

On December 1, 2017, we notified Carter that his appeal could be dismissed based upon the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before December 11, 2017, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. No response has been filed.

In accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Elizabeth Kerr
ELIZABETH KERR
JUSTICE

PANEL:  KERR, PITTMAN, and BIRDWELL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  March 1, 2018